IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE EDWARD W. NOTTINGHAM**

Civil Action No. 06-cv-02499-EWN

SARA ANDERSON

       Plaintiff,

v.

ALBERTO GONZALEZ, et al.,

       Defendants.

_____

**ORDER OF DISMISSAL**
_____

    The court takes notice of the Stipulated Motion for Dismissal, filed in accordance with Fed. R. Civ. P. 41(a)(1)(ii).  Accordingly, this case is dismissed without prejudice, each party to pay her or its own costs and attorneys' fees.

    DATED this 13th day of February , 2007.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                United States District Judge